■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEMBERT CHACON, Appellant. [827 NYS2d 678]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (DeRiggi, J.), imposed August 25, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Krausman, Spolzino and Dillon, JJ., concur.